AS
F.#: 2023R00869

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | 23-CR-529 (OEM) |
| MODIBO WILLIAMS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amanda Shami, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         December 27, 2023

*Lois Bloom*
_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK